# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL WATTS

VERSUS

STATE OF LOUISIANA

NO.  2019 CW 0702

**OCT 1 8 2019**

In Re:   Daniel Watts, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 94017.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

WRIT DENIED.  A complaint by a prisoner against the State or the Department of Public Safety and Corrections challenging rules, regulations, policies, or statutes is governed by The Louisiana Corrections Administrative Remedy Procedure Act ("CARP").  La. R.S. 15:1171(A); See **Billizone v. Louisiana Dep't of Pub. Safety & Corr.**, 2017-0002 (La. App. 1st Cir. 6/14/17), 2017 WL 2603486 (unpublished).  A prisoner may seek judicial review only in the 19th Judicial District Court.  La. R.S. 15:1177(A).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT